■ HERMAN FORBES et al., Respondents, v. NATHAN R. FINKELSTEIN et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. Settle order fixing date for examination to proceed. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ ESTHER ZWEBEN et al., Appellants, v. CITY OF NEW YORK, Defendant-Respondent and Third-Party Plaintiff-Respondent. LESTER T. DOYLE, as Trustee in Reorganization of SURFACE TRANSPORTATION CORPORATION OF NEW YORK, Third-Party Defendant-Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ FRANK BUTTACAVOLI, Respondent, v. SAM WIDMAN, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ PHILIP L. KELSER et al., Individually and as Copartners Doing Business under the Name of PHILIP L. KELSER & ASSOCIATES, Appellants, v. SACRAMENTO TELECASTERS, INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to defendant-respondent. Not alone has defendant acquiesced but there are special circumstances warranting examination of the president as a witness. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ MARY A. TILLMAN, an Infant, by Chester Tillman, Her Guardian ad Litem, et al., Appellants, v. WILLIAM H. NEWMAN et al., Respondents.— Order unanimously reversed, on the facts and in the exercise of discretion, with $20 costs and disbursements to plaintiffs-appellants, and motion for a rule V preference under the New York County Supreme Court Trial Term Rules granted, with $10 costs. On this record, plaintiffs have made a sufficient showing to warrant the granting of a preference. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ HARRY MARTIN, Respondent, v. SALES AFFILIATES, INC., et al., Defendants, and EVANS CHEMETICS, INC., et al., Appellants.— Appeal from order of February 5, 1960 dismissed, with $20 costs and disbursements to the respondent, inasmuch as first amended complaint was superseded by the second amended complaint. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ HARRY MARTIN, Respondent, v. SALES AFFILIATES, INC., et al., Defendants, and EVANS CHEMETICS, INC., et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ HARRY MARTIN, Respondent, v. SALES AFFILIATES, INC., et al., Defendants, and EVANS RESEARCH AND DEVELOPMENT CORPORATION, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ HARRY MARTIN, Respondent, v. SALES AFFILIATES, INC., et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ LILLIAN WULSER v. FRIEDEL C. PFEIFFER, as Executrix of HENRY C. PFEIFFER, Deceased.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ ANNA M. GARDNER, as Executrix of PERCY GARDNER, Deceased, v. FRANK GERSTEIN et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.